# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

1093863

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LAWRENCE MAYNARD<br><br>DOB:        PDID: | DOCKET NO:<br>05-417 | MAGIS. NO: |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>Lawrence Maynard | FILED<br>NOV 23 2005<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| WARRANT ISSUED ON THE BASIS OF: **INDICTMENT** | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE COCAINE AND COCAINE BASE

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION: 21:846

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY:<br>MAGISTRATE JUDGE ALAN KAY | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE JUDGE ALAN KAY | DATE ISSUED:<br>11/22/05 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: [signature] | DATE:<br>11/22/05 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 11/22/05 | NAME AND TITLE OF ARRESTING OFFICER (Reporting)<br>Fitzgerald, Derrick DUSM | SIGNATURE OF ARRESTING OFFICER (Reporting)<br>[signature] |
|---|---|---|
| DATE EXECUTED 11/23/05 | | |
| HIDTA CASE: Yes __ No X | | OCDETF CASE: Yes __ No X |