UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.  05-0417(ESH)** |
| | : | |
| **v.** | : | |
| | : | |
| **LAWRENCE MAYNARD** | : | |
| | : | |
| **Defendant** | : | |

## GOVERNMENT'S MOTION TO DISMISS

COMES NOW the United States of America by its counsel, Kenneth L. Wainstein, United States Attorney for the District of Columbia, John V. Geise, Assistant United States Attorney, and hereby moves to dismiss, without prejudice, the above captioned case since the defendant has been indicted in a consolidated conspiracy case, number 05-0386(ESH).

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

_____
JOHN V. GEISE
ASSISTANT UNITED STATES ATTORNEY
DC Bar No. 358267
555 4th St. N.W. #4126
Washington, D.C. 20001
 (202) 616-9156


## CERTIFICATE OF SERVICE

I certify that a copy of this motion was served by electronic mail on counsel for the defendant, Edward Sussman, Esq.

_____
John V. Geise