**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.  05-0417(ESH)** |
| **v.** | : | |
| **LAWRENCE MAYNARD** | : | |
| **Defendant** | : | |

## ORDER

_____This matter comes before the Court upon consideration of the Government's Motion to

Dismiss Without Prejudice.  Having reviewed the request and the record in this case, it is this

_____ day of March, 2006, hereby

      **ORDERED**, that this case is dismissed without prejudice; and

      **FURTHER ORDERED**, that the conditions of detention imposed on the defendant in

this case are continued unchanged in case 05-0386(ESH).

                             _____
                             ELLEN SEGAL HUVELLE
                             UNITED STATES DISTRICT JUDGE

Copies to:

John V. Geise, Esq.
Assistant United States Attorney

Edward Sussman, Esq
Counsel for the Defendant