UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-0417(ESH) |
| v. | : | |
| LAWRENCE MAYNARD | : | **FILED** |
| Defendant | : | MAR 3 0 2006 |
| | | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

ORDER

This matter comes before the Court upon consideration of the Government's Motion to Dismiss Without Prejudice. Having reviewed the request and the record in this case, it is this 29 day of March, 2006, hereby

**ORDERED**, that this case is dismissed without prejudice; and

**FURTHER ORDERED**, that the conditions of detention imposed on the defendant in this case are continued unchanged in case 05-0386(ESH).

ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE

Copies to:

John V. Geise, Esq.
Assistant United States Attorney

Edward Sussman, Esq
Counsel for the Defendant